UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL L. ADDERLY,                 :
                                      :
        Plaintiff                    :
                                      :
    v.                                :     CIVIL NO. 3:CV-12-1546
                                      :
C.O. STOFKO, et al.,                  :     (Judge Kosik)
                                      :
        Defendants                   :

## ORDER

**AND NOW, THIS 3rd DAY OF FEBRUARY, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.    Defendants' motion to dismiss the complaint (Doc. 33) is **granted as set forth in the attached Memorandum** and Plaintiff shall **file an amended complaint** within twenty (20) days from the date of this order.

2.    The amended complaint shall contain the same case number that is presently assigned to this action, 3:12-CV-1546, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter.

3.    Plaintiff's motion to file a supplemental complaint (Doc. 40) is **denied as moot**.


                             s/ Edwin M. Kosik

                             EDWIN M. KOSIK
                             United States District Judge